UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04689-SSC Date: September 3, 2026

Title Hairui Ma v. Warden of Adelanto ICE Processing Center, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to File Bond Hearing Transcript**

On August 18, 2026, Petitioner Hairui Ma filed, through counsel, a petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (*Id.* at 2.)

On August 11, 2026, Petitioner received a bond hearing at which the immigration judge (IJ) denied release because he found Petitioner to be a "[f]light risk which no amount of bond, even if coupled with alternatives to detention, is sufficient to mitigate significant likelihood of absconding." (ECF 7-1 at 1.) The IJ's order provides that the IJ "orally articulated [his] findings and reasons in support of [his] decision denying release from custody" and that the Digital Audio Recording of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04689-SSC Date: September 3, 2026

Title Hairui Ma v. Warden of Adelanto ICE Processing Center, et al.

the hearing is "readily available to both sides in the Court's digital EOIR Courts and Appeal System." (*Id.*)

The Court ORDERS Respondents to file no later than **September 8, 2026**, a copy of any transcript from the August 11, 2026 hearing. If no hearing transcript, informal or official, is available, Respondents should provide a copy of the audio recording.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**